THE STATE OF KANSAS V. CHARLES STOCKMAN.

No. 14,191.   (80 Pac. 1134.)

Appeal from Phillips district court; ABEL C. T. GEIGER, *judge.*   Opinion filed April 8, 1905.   Affirmed.

*C. C. Coleman,* attorney-general, and *Jay F. Close,* assistant attorney-general, for. The State.

*W. G. Bissell,* for appellant.

*Per Curiam:* Charles Stockman was convicted upon a charge of the illegal sale of intoxicating liquor, and appeals.   He complains because the trial court permitted a witness to testify that he believed that certain liquor was beer, after he had said that he did not know what it was; and because no evidence was given that Kirwin, in Phillips county, where the liquor was shown to have been sold, was in Kansas.   Neither complaint is well founded, and neither requires discussion.

The judgment is affirmed.

---

THE STATE OF KANSAS V ED RYAN.

No. 14,197.   (80 Pac. 588.)

Appeal from Wilson district court; LEANDER STILL-WELL, judge.   Opinion filed April 8, 1905.   Affirmed.

*C. C. Coleman,* attorney-general, and *Jay F. Close,* assistant attorney-general, for The State.

*S. S. Kirkpatrick,* for appellant.

*Per Curiam:* In this case the defendant was convicted of the crime of grand larceny, and sentenced to the penitentiary of the state of Kansas for a period of one year.   Several errors are assigned, but only one is presented for our consideration by the briefs, to wit, that the evidence is not sufficient to sustain a judgment of conviction.   The evidence is conflicting, and, while a verdict and judgment of not guilty might well have been rendered upon it, yet, viewed in its most favorable light to the state, as we are obliged to view it after it has been passed on by the jury and their conclusion approved by the trial court, there is sufficient evidence upon every material question involved to sustain the verdict and sentence.

The judgment of the district court is therefore affirmed.